No. 77–1725.   Coleco Industries, Inc. v. Berman et al., *ante*, p. 830;

No. 77–1737.   Roloff Evangelistic Enterprises, Inc., et al. v. Texas, *ante*, p. 803;

No. 77–1781.   Rabco Metal Products, Inc. v. National Labor Relations Board, *ante*, p. 833;

No. 77–1787.   Giacalone v. United States, *ante*, p. 834;

No. 77–1796.   Metro Club, Inc. v. Metro Passbook, Inc., et al., *ante*, p. 834;

No. 77–1825.   Arthur et al. v. Clay Community Schools et al.; and Tolin et al. v. Southwest Parke Community School Corp. et al., *ante*, p. 806;

No. 77–1834.   Lang v. City of Philadelphia et al., *ante*, p. 804;

No. 77–1849.   Chicago Sheraton Corp. v. Zaban et al., *ante*, p. 888;

No. 77–6217.   Stacy v. Florida, 436 U. S. 924;

No. 77–6537.   Spears et al. v. United States, *ante*, p. 839;

No. 77–6604.   Little v. Nebraska, *ante*, p. 809;

No. 77–6728.   Phillips v. United States, *ante*, p. 826;

No. 77–6759.   O'Leary v. Palmer et al., *ante*, p. 844;

No. 77–6767.   Peacock v. Cox et vir, *ante*, p. 845;

No. 77–6897.   Kennick v. Plain Dealer Publishing Co. et al., *ante*, p. 852;

No. 77–6900.   Mackey v. Florida, *ante*, p. 807;

No. 78–66.   Angelino et al. v. Dodson et al., *ante*, p. 883;

No. 78–261.   Independent Investor Protective League et al. v. Touche Ross & Co., *ante*, p. 895;

No. 78–371.   Bernstein v. United States, *ante*, p. 895;

No. 78–5016.   Sayles v. Sales, *ante*, p. 868;

No. 78–5098   Noone v. Dart Drug Corp., *ante*, p. 871; and

No. 78–5240.   Hughes v. Texas, *ante*, p. 903.   Petitions for rehearing denied.